UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SINOTRANS (BERMUDA) LTD. | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 15-5284 |
| | * |
| BEIBU GULF SHIPPING LTD. | * JUDGE "L" |
| | * |
| | * MAGISTRATE (4) |
| | * |

### EX PARTE/CONSENT MOTION TO STAY PENDING ARBITRATION

Plaintiff, Sinotrans (Bermuda) Ltd., ("Sinotrans"), appearing through undersigned counsel, respectfully moves this Honorable Court for an Order staying the above-captioned matter pending resolution of the merits of this dispute in arbitration between Sinotrans and Beibu Gulf Shipping, Ltd ("Beibu Gulf"), and in support thereof avers as follows.

As set forth in Sinotrans' Verified Complaint (Rec. Doc. 1), this dispute arises out of the breach by Defendant Beibu Gulf's of a certain voyage charter of the M/V GREAT PROSPERITY from Sinotrans. Specifically, Sinotrans contends Defendant Beibu Gulf breached the charter agreement by failing to give any notice prior to loading of the condition of the cargo to the vessel's owner, Great Prosperity, and/or the vessel's master. Under English law, such failure to provide notice of the condition of the cargo is a breach of the charter agreement. The subject charter party contains an arbitration clause which provides as follows:

> (b)London. All disputes General Average/Arbitration arising out of this contract shall be arbitrated at London and, unless the parties agree forthwith on a single Arbitrator, be referred to the final arbitra-ment of two Arbitrators carrying on business in London who shall be Members of the Baltic Mercantile & Shipping Exchange and engaged in the Shipping and/or Grain Trades, one to be appointed by each of the parties, with power to such Arbitrators to appoint an Umpire. No award shall be questioned or invalidated

1

>on the ground that any of the Arbitrators is not qualified as above, unless objection to his action be taken before the award is made. Any disputes arising tinder this Charter- party shall he governed by English Law.[1]

In accordance with the foregoing, the parties have or will soon submit their dispute to arbitration before a duly constituted panel of arbitrators in London. As the instant lawsuit and the Letter of Undertaking provided in connection with the Rule B attachment of bunkers and other property of Defendant Beibu Gulf aboard the M/V EVER JUDGER provide Sinotrans with security in the London arbitration and a forum in which to enforce any award resulting therefrom, Sinotrans respectfully requests that the Court stay this action pending resolution of the merits of this dispute in arbitration. Section 8 of the Federal Arbitration Act specifically instructs that this action should be stayed under such circumstances:

>If the basis of jurisdiction be a cause of action otherwise justiciable in admiralty, then, notwithstanding anything herein to the contrary, the party claiming to be aggrieved may begin his proceeding hereunder by libel and seizure of the vessel or other property of the other party according to the usual course of admiralty proceedings, and the court shall then have jurisdiction to direct the parties to proceed with the arbitration and shall retain jurisdiction to enter its decree upon the award.[2]

Accordingly, Sinotrans respectfully requests that its Motion to Stay Pending Arbitration be GRANTED.

Undersigned has discussed this motion with counsel for Beibu Gulf and is advised that Beibu Gulf consents to Sinotrans' request.

Respectfully submitted,

*s/ Laura B. Knoll*
Daniel A. Tadros, T.A. #21906
Laura B. Knoll, #36534
**CHAFFE McCALL, L.L.P.**

---

[1] *See* R. Doc 1-7. Plaintiff's Exhibit D. Copy of May 13, 2015 Voyage Charter.
[2] Federal Arbitration Act, 9 U.S.C. § 8 (2012).

        2300 Energy Centre, 1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        ***Attorneys for Sinotrans (Bermuda) Ltd.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on counsel for all parties of record via e-mail, regular mail, facsimile, and/or ECF Filing this 28th day of March, 2015.

        *s/ Laura B. Knoll*
        Laura B. Knoll

2661751-1